**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PALM BEACH DIVISION**

**CASE NO. 9:18-cv-80224-RLR**

OCWEN FINANCIAL CORPORATION,

      Plaintiff,

v.

U.S. SPECIALTY INSURANCE COMPANY,

      Defendant.

_____/

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Plaintiff Ocwen Financial Corporation ("Ocwen"), pursuant to FED. R. CIV. P. 7.1(a)(2), hereby discloses that it has no corporate parent and no publicly held corporation owns more than 10% of its stock.

Dated this 16th day of March, 2018.

                        Respectfully submitted,

                        By:     */s/ Matthew B. Weaver*_____
                                 **R. Hugh Lumpkin**
                                 Florida Bar No. 308196
                                 hlumpkin@vpl-law.com
                                 **Matthew B. Weaver**
                                 Florida Bar No. 042858
                                 mweaver@vpl-law.com
                                 **Christopher T. Kuleba**
                                 Florida Bar No. 105302
                                 ckuleba@vpl-law.com
                                 **VER PLOEG & LUMPKIN, P.A.**
                                 100 S.E. 2nd Street, 30th Floor
                                 Miami, FL  33131-2158
                                 Phone: 305-577-3996
                                 Fax: 305-577-3558
                                 *Attorneys for Plaintiff*

CASE NO. 9:18-cv-80224-RLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via Electronic Mail.

By: */s/ Matthew B. Weaver*
**Matthew B. Weaver**

## SERVICE LIST

Holly S. Harvey, Esq.
Aaron P. Konstam, Esq.
*Counsel for U.S. Specialty*
Clyde & Co US LLP
1221 Brickell Ave., Suite 1600
Miami, FL 33131
Telephone: 305-446-2646
Fax: 305-441-2374
Email: holly.harvey@clydeco.us
Email: aaron.konstam@clydeco.us

Douglas M. Mangel, Jr.
Joseph A. Bailey III, Esq.
*Admitted Pro Hac Vice*
Clyde & Co US LLP
1775 Pennsylvania Ave. NW, Suite 400
Washington, DC 20006
Telephone: 202-747-5100
Fax: 202-747-5150
Email: douglas.mangel@clydeco.us
Email: joseph.bailey@clydeco.us

O013.101
261663_1